1 | LITTLER MENDELSON, P.C.
Michelle A. Clark, Bar No. 243777
2 | MiClark@littler.com
Gerardo Hernandez, Bar No. 292809
3 | Ghernandez@littler.com
5200 N. Palm Ave.
4 | Ste. 302
Fresno, CA 93704-2227
5 | Telephone: 559.244.7500
Fax: 559.244.7525
6
Attorneys for Defendant
7 | UNITED AIRLINES, INC.

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | ROGER SOTO,

Case No. 2:23-cv-02148

12 | Plaintiff,

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER TO INITIAL COMPLAINT AND ORDER**

13 | v.

14 | UNITED AIRLINES, INC.; and DOES 1-10,

Complaint Served: November 17, 2023
Current Response Date: December 8, 2023
New Response Date: January 9, 2024

15

16 | Defendants.

17

Trial Date: None Set
District Judge:
Complaint Filed: September 27, 2023

18

19 | **STIPULATION AND REQUEST TO EXTEND TIME TO**

20 | **FILE AN ANSWER TO INITIAL COMPLAINT**

21 | Plaintiff ROGER SOTO ("Plaintiff") and Defendant UNITED AIRLINES, INC.

22 | ("Defendant") (collectively "Parties"), by and through their attorneys of record in this case, stipulate

23 | and agree as follows:

24 | WHEREAS, Plaintiff filed this action in the United States District Court for the

25 | Eastern District of California, Fresno Division, on September 27, 2023;

26 | WHEREAS, Plaintiff served his Summons and Complaint on Defendant on

27 | November 17, 2023;

1

2

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), (b), (e), (f),

81(c), Defendant's deadline to respond to Plaintiff's Complaint is December 8, 2023;

3

4

WHEREAS, IT IS STIPULATED by and between Plaintiff, on the one hand, and

Defendant, that, Defendant shall have an extension of 32 days to respond to Plaintiff's Complaint.

5

This extension of time is Defendant's first extension and does not alter the date of any event or

6

deadline already fixed by Court order.

7

8

WHEREAS, this STIPULATION is entered into pursuant to Defendants' counsel's

email to Plaintiffs' counsel on December 1, 2023 detailing that Defendants' counsel received the

9

summons and complaint on short notice and was out of the office on personal leave.

10

WHEREAS, Plaintiff ROGER SOTO ("Plaintiff"), and Defendant UNITED

11

AIRLINES, INC. jointly stipulated in said email to extend the time for UNITED AIRLINES, INC.

12

to file an answer to the initial complaint from December 8, 2023, to January 9, 2024.

13

It is, **THEREFORE**, stipulated and agreed by and between the parties as follows:

14

Defendants be granted an extension until January 9, 2024, to file its answer to Plaintiffs' Initial

15

Complaint.

16

Respectfully Submitted,

17

Dated:          December 6, 2023          LITTLER MENDELSON, P.C.

18

19

By: /s/ Gerardo Hernandez

20

MICHELLE A. CLARK
GERARDO HERNANDEZ
Attorneys for Defendant

21

UNITED AIRLINES, INC.

22

23

Dated:          December 6, 2023          BARNES LAW

24

25

By: /s/ Robert E. Barnes

26

ROBERT E. BARNES
Attorneys for Plaintiff
ROGER SOTO

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:          December 6, 2023                    LITTLER MENDELSON, P.C.


                                                    By: /s/ Gerardo Hernandez
                                                    MICHELLE A. CLARK
                                                    GERARDO HERNANDEZ
                                                    Attorneys for Defendant
                                                    UNITED AIRLINES, INC.


### ORDER

PURSUANT TO STIPULATION, the defendant's time to serve and file a response to Plaintiff's complaint shall be extended through and including January 9, 2024.

IT IS SO ORDERED.


 Dated:  December 6, 2023                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE