Michelle A. Clark, Bar No. 243777
miclark@littler.com
Gerardo Hernandez, Bar No. 292809
ghernandez@littler.com
Emilio A. Rodriguez, Bar No. 340877
earodriguez@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Fax No.: 559.244.7525

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SOTO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED AIRLINES, INC.; and DOES 1-10, <br><br> Defendants. | Case No. 4:24-cv-03045-HSG <br><br> **ORDER**  (as modified) <br><br> Honorable Haywood S. Gilliam, Jr |

ORDER

Having read the Parties' stipulation to continue the case management conference, and finding good and sufficient cause, the Court hereby continues the current initial case management conference until September 24, 2024 at 2:00 p.m., and adjusts the related deadlines according to the following schedule:

1. September 3, 2024 - parties' deadline to meet and confer,
2. September 17, 2024 - deadline to make initial disclosures, and
3. September 17, 2024 – Joint Case Management Statement Due

The case management conference will be held via a Zoom webinar. The Zoom webinar information and instructions remain the same as previously provided in docket no. 38.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/15/2024

4854-2362-1069, v. 1

Haywood S. Gilliam, Jr.
U.S. District Court Judge

1

ORDER