1  Michelle A. Clark, Bar No. 243777
   miclark@littler.com
2  Gerardo Hernandez, Bar No. 292809
   ghernandez@littler.com
3  Emilio A. Rodriguez, Bar No. 340877
   earodriguez@littler.com
4  LITTLER MENDELSON, P.C.
   5200 North Palm Avenue
5  Suite 302
   Fresno, California  93704.2225
6  Telephone:   559.244.7500
   Fax No.:     559.244.7525
7
   Attorneys for Defendant
8  UNITED AIRLINES, INC.

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  ROGER SOTO,                          Case No. 4:24-cv-03045-HSG

14          Plaintiff,                   **ORDER**

15       v.

16  UNITED AIRLINES, INC.; and DOES 1-   Honorable Haywood S. Gilliam, Jr
    10,
17

18          Defendants.

19

20

21

22

23

24

25

26

27

28

LITTLER
MENDELSON, P.C.
5200 North Palm
Avenue
Suite 302
Fresno, CA
93704.2225
559.244.7500

                                   ORDER

Having read the Parties' stipulation to extend the briefing schedule to Defendant's motion to dismiss, or in the alternative, transfer venue, and finding good and sufficient cause, the Court hereby extends the current briefing schedule according to the following schedule:

a) August 9, 2024 – Plaintiff's deadline to file and serve Opposition.

b) August 23, 2024 – Defendant deadline to file and serve Reply brief.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  7/30/2024

_Haywood S. Gill Jr._
Honorable Haywood S. Gilliam, Jr.

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA
93704.2225

1

ORDER